IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARGARET PETTAWAY,
    Plaintiff,

vs.

CASE NO.: ~~3:02cv343/RV/MD~~ 3:08 cv 437-RV/MD

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.

___

### ORDER

This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 16, 2008. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     The clerk is directed to close this case under number 3:02cv343/RV/MD and reopen it under a 2008 number, with all pleadings in the current case transferred to the new number.

DONE AND ORDERED this 30th day of September, 2008.

                                                        */s/ Roger Vinson*
                                                        ROGER VINSON
                                                        SENIOR UNITED STATES DISTRICT JUDGE